# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For Revocation of Supervised Release) |
| v. | Case Number:  11-cr-00417-WJM-01 |
| | USM Number:  32803-013 |
| SANTIAGO J. GONZALES, JR. | Edward A. Pluss, AFPD |
| | (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 4, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of the Law (Driving Under Restraint) | 08/02/2013 |
| 2 | Failure to Notify Probation Officer of Change in Residence | 01/01/2014 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

December 8, 2014
_____
Date of Imposition of Judgment

_____
Signature of Judge

William J. Martinez, U.S. District Judge
_____
Name & Title of Judge

15 Dec 2014
_____
Date

DEFENDANT:  SANTIAGO J. GONZALES, JR.
CASE NUMBER:  11-cr-00417-WJM-01

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Participate in Drug Treatment as Directed by the Probation Officer (Urinalysis) | 02/05/2014 |
| 4 | Violation of the Law (Criminal Impersonation) | 03/11/2014 |

DEFENDANT:  SANTIAGO J. GONZALES, JR.
CASE NUMBER:  11-cr-00417-WJM-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of nine (9) months, to be served concurrently with El Paso County, Colorado, District Court Case 2014CR428.

The court recommends that the Bureau of Prisons designate the defendant to the Colorado Department of Corrections for service of sentence.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL


By_____
Deputy United States Marshal